# UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: ) | Chapter 11 |
| PROMISE HEALTHCARE GROUP, LLC, *et al.*, ) | Case No. 18-12491 (CSS) |
| Debtor. ) ) | |
| ROBERT MICHAELSON OF ADVISORY TRUST GROUP, LLC in his Capacity as LIQUIDATING TRUSTEE OF THE PROMISE HEALTHCARE GROUP LIQUIDATING TRUST, ) ) ) ) ) ) | Adv. Proc. No. 20-50977 (CSS) |
| Plaintiff, ) | |
| v. ) | |
| WILLIS-KNIGHTON MEDICAL CENTER d/b/a WILLIS-KNIGHTON HEALTH SYSTEMS, ) ) ) | |
| Defendant. ) | |

## STIPULATION FOR EXTENSION OF TIME TO RESPOND TO COMPLAINT

Plaintiff, Robert Michaelson of Advisory Trust Group, LLC, in his Capacity as Liquidating Trustee of the Promise Healthcare Group Liquidating Trust (the "Plaintiff"), in the above-captioned adversary proceeding, and Willis-Knighton Medical Center d/b/a Willis-Knighton Health System (the "Defendant" and, together with Plaintiff, the "Parties") through their respective counsel, enter into this Stipulation to Extend Time to Respond to Complaint (the "Stipulation") and hereby stipulate and agree as follows:

1. The Parties agree and stipulate that the time within which Defendant may answer, move, or otherwise respond to the Complaint [Adv. D.I. 1] is hereby extended to and including December 28, 2020.

2. This Stipulation is without prejudice to any substantive rights of the Parties.

{1313.001-W0063575.}

Dated: November 29, 2020

    Landis Rath & Cobb LLP

By:   */s/ Matthew R. Pierce*
    Matthew R. Pierce (No. 5946)
    919 North Market Street
    Suite 1800
    Wilmington, DE 19801
    302-467-4452
    pierce@lrclaw.com
    *Counsel for Defendant*

Dated: November 29, 2020

    Pachulski Stang Ziehl & Jones LLP

By: */s/ Colin R. Robinson*
    Colin R. Robinson (No. 5524)
    919 North Market Street
    17th Floor
    Wilmington, DE 19899
    302-778-6426
    crobinson@pszjlaw.com
    *Counsel for Plaintiff*